THE INDIANAPOLIS, BLOOMINGTON, AND WESTERN R. W. CO.
   *v.* THE BOARD OF COMMISSIONERS OF FOUNTAIN CO.

APPEAL from the Fountain Circuit Court.

BUSKIRK, C. J.—The question involved in this case is the same that was involved, considered, and decided, by this court, in the case of *Garrigus* v. *The Board of Commissioners of Parke County, ante,* p. 66; and on the authority of that case, the judgment in this must be reversed.

The judgment is reversed, with costs; and the cause is remanded, with directions to the court below to sustain the demurrer to the complaint.

*J. McCabe* and *G. McWilliams,* for appellant.

*J. R. Coffroth* and *T. B. Ward,* for appellee.